889 F.2d 1004
 Edith J. WILCOX, as Executrix of the Estate of Carrie Maude
Jordan, Plaintiff-Appellant,
v.
William Rene LEVEROCK, Commercial Carrier Corporation,
Defendants-Appellees.
 No. 88-3248.
 United States Court of Appeals,
Eleventh Circuit.
 Dec. 6, 1989.
 
 James A. Hightower, Levin, Warfield, Middlebrooks, Mabie, Thomas, Mayes & Mitchell, P.A., and Charles J. Kahn, Jr. Levin, Middlebrooks, Mabie, Pensacola, Fla., for plaintiff-appellant.
 Glenn Waddell, Waddell & Ready, P.A., Auburndale, Fla., for defendants-appellees.
 Appeal from the United States District Court for the Middle District of Florida, Elizabeth A. Kovachevich, District Judge.
 Before FAY, Circuit Judge, HILL*, Senior Circuit Judge, and DUBINA**, District Judge.
 PER CURIAM:
 
 
 1
 In view of the answer by the Supreme Court of Florida to our certified question, 548 So.2d 1116, the judgment of the district court is AFFIRMED.
 
 
 
 *
 See Rule 34-2(b), Rules of the U.S. Court of Appeals for the Eleventh Circuit
 
 
 **
 Hon Joel F. Dubina, U.S. District Judge for the Middle District of Alabama, sitting by designation